UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDNA LENORE DINEEN LOPEZ,<br><br>Defendant. | CRIMINAL NO. GLR-23-001 |

## MOTION TO DISMISS INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Maryland hereby moves to dismiss the Indictment pending in Criminal No. GLR-23-001 because these charges are now substantive charges in the Superseding Indictment for Criminal No. GLR-22-414.

Erek L. Barron,
United States Attorney

By *[signature]*

Colleen Elizabeth McGuinn
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

3/14/2023
Date

*[signature]*
Honorable George Levi Russell, III
United States District Court Judge

**Advice to U.S. Marshal:**
(Check one)

\_\_\_ 1. Defendant is not in custody.
_x_ 2. Defendant is in custody and the USAO believes that:
  \_\_\_ a. there is no reason to hold Defendant further.
  _x_ b. Defendant should be held in Federal custody as she is being held on another Federal case, specifically GLR-22-414.
  \_\_\_ c. Defendant should be transferred to custody. (**explain below).
\_\_\_ 3. Defendant is deceased.